Argued and submitted August 27, reversed September 17, 2003

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBERT THOMAS FAUNCE,
*Appellant.*

020942M; A119080

76 P3d 677

Tammy W. Sun, Deputy Public Defender, argued the cause for appellant. With her on the brief was Peter A. Ozanne, Executive Director, Office of Public Defense Services.

Erika L. Hadlock, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

**PER CURIAM**

In this criminal case, defendant appeals a judgment of conviction on one count of disorderly conduct. ORS 166.025. He assigns error to the denial of his motion for a judgment of acquittal based on the insufficiency of the evidence. The state concedes that the trial court erred in denying the motion. We accept the state's concession.

Reversed.